**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

United States District Cou
Southern District of Tex.___
FILED

NOV 1 4 2008

Michael N. Milby, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| Plaintiff, | § |
| | § |
| vs. | § CRIMINAL NO. 4:00-CR-691-01 |
| | § |
| RASHID HAMSAYEH | § |
| | § |
| Defendant | § |
| | § |

**SATISFACTION OF JUDGMENT**

The Judgment in the above-entitled case having been paid in full in the amount of $3,100.00

it is therefore in order that Satisfaction of Judgment be entered of record by the Clerk of the Court

in the cause and that Rashid Hamsayeh be discharged of the monetary liability imposed by the Court.

Respectfully submitted,

TIM JOHNSON
Acting United States Attorney

By: _____
Elizabeth F. Karpati
Assistant United States Attorney
Attorney in Charge
Texas Bar Number: 00794069
SD: 20567
P. O. Box 61129
Houston Texas 77208
Tel: (713) 567-9767
Fax: (713) 718-3405

Date:__11-13-08_____